# ALABAMA COURT OF CRIMINAL APPEALS



January 12, 2024

**CR-2022-1275**
Michael Wayne Norman v. State of Alabama (Appeal from Madison Circuit Court: CC-19-3046.70)

## NOTICE

You are hereby notified that on January 12, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk